**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Albert Varelas, | No. CV-21-00170-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Centurion Detention Health Services LLC, | |
| Defendant. | |

On June 5, 2023, the Court issued an Order finalizing the briefing schedule for Defendant's currently pending dispositive motion, filed November 2, 2022, to accommodate Defendant's failure to produce the Special Needs J-G-02 policy and procedures for Patients with Special Health Needs. The Court also denied the Plaintiff's request for sanctions because the Defendant's failure to produce this document was substantially justified. The Court also explained that generally parties acting pro se, non-attorney, litigants are not awarded attorney fees and costs. The Court denied Plaintiff's Notices of Invoices (Docs. 78 and 79) to the extent he was seeking payment related to the failure to produce the J-G-02 policy and procedures. (Order (Doc. 82)).

On July 14, 2023, Plaintiff filed a Motion for Reconsideration (Doc. 84), explaining he submitted the invoices for payment based on his experience in another case, CV 2:12-601 PHX-ROS, where the court ordered payment to non-attorneys, pursuant to similarly filed invoices. The Court, therefore, further explains the denial of payment to the Plaintiff pursuant to the invoices he filed May 5, 2023. The invoiced payments made in CV 12-601

PHX-ROS were to experts and consultants appointed by the Court in a class action lawsuit, not payments made to any pro se party in the action. The Court affirms its denial of payment to Plaintiff pursuant to the invoice requests made in May 2023.

On August 30, 2023, the Plaintiff also filed a Notice/Request for the Court to take judicial notice of newly obtained evidence, which are copies of portions of his medical records that he alleges were not disclosed by Defendant in this case during discovery. He argues that these records support his assertions of deliberate indifference. If true, the Court will be forced, once again, to allow supplemental briefing by the Plaintiff in response to Defendant's Motion for Summary Judgment.[1]  The Defendant shall be afforded an opportunity to rebut and/or explain why the medical records obtained by Plaintiff in this other case, CV 2:22-1977-PHX-ROS, were not included in the medical records produced in this case.

**Accordingly,**

**IT IS ORDERED** that the Motion for Reconsideration (Doc. 84) is DENIED.

**IT IS FURTHER ORDERED** that within 14 days of the filing date of this Order, the Defendant shall file a Response to the Request for Judicial Notice (Doc. 87) <u>and show cause why sanctions should not be awarded related to this alleged failure to produce Plaintiff's medical records in full during discovery.</u>

Dated this 8th day of September, 2023.

_____
Honorable David C. Bury
United States District Judge

---

[1] *See* (Reply (Doc. 83) filed June 5, 2023).