**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Albert Varelas,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Centurion Detention Health Services LLC,<br><br>　　　　　Defendant. | No. CV-21-00170-TUC-DCB<br><br>**ORDER** |

On October 2, 2023, the Court granted summary judgment for Defendant and entered Judgment against the Plaintiff. On November 3, 2023, Plaintiff filed a Motion to Alter or Amend a Judgment, On November 28, he filed a Motion to Allow Electronic Filing by a Party Appearing without an Attorney. The Motion to Alter or Amend seeks reconsideration of the Court's refusal to take judicial notice of allegedly newly obtained evidence to show that Defendant failed to produce Plaintiff's medical record. Plaintiff continues to focus on discovery issues, which this Court has soundly rejected. The Court granted summary judgment for Defendant because it found no merit to his medical deliberate indifference claim. (Order (Doc. 90)).

A motion for reconsideration must be filed within 14 days of the filing date of the Order and/or Judgment. LRCiv. 7.2(g)(2). This case is closed, and Plaintiff's request for reconsideration is untimely.

**Accordingly,**

1 **IT IS ORDERED** that the Motion to Alter or Amend Judgment (Doc. 92) is
2 DENIED.
3 **IT IS FURTHER ORDERED** that the Motion to Allow Electronic Filing (Doc.
4 94) is DENIED.
5 Dated this 1st day of December, 2023.

_____
Honorable David C. Bury
United States District Judge